UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AGENADA FELIPE BAILEY,<br><br>    Defendant. | Case No. 98-cr-40043-JPG |

## JUDGMENT IN A CRIMINAL CASE

**Decision by Court**.  This matter having come before the Court on the government's motion to dismiss, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all charges against Agenada Felipe Bailey in this case are **DISMISSED**.

**DATED: May 2, 2007**

**NORBERT G. JAWORSKI, CLERK**

_____

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:   s/ J. Phil Gilbert**
             **J. PHIL GILBERT**
             **U.S. District Judge**